ROBERT SCHWAN, Respondent, v. B. MCK CONTRACTING INC., Appellant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.